## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael S. Besio                     CHAPTER 13

Debtor(s)

BKY. NO. 25-11783 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

                                                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
02 Jun 2025, 13:58:34, EDT

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322