| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2832525 | 1 of 1 |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

# Earnings Statement

ADP

Period Starting: 04/07/2025
Period Ending: 04/20/2025
Pay Date: 04/24/2025

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Higher W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 58.07 | 1161.40 | 8172.20 |
| Gross Pay | | | $1,161.40 | $8,172.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.96 | 355.07 |
| Social Security | -72.01 | 506.68 |
| Medicare | -16.84 | 118.50 |
| Pennsylvania State Income | -35.65 | 250.87 |
| Pennsylvania State UI | -0.81 | 5.72 |
| Falls T Local Income | -11.61 | 81.71 |
| Falls Twp Local Services | -2.00 | 16.00 |
| Net Pay | | $961.52 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 58.07 | 408.61 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXX0 | XXXXXXXXX | 961.52 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,161.40

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date: 04/24/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXX0 | XXXXXXXXX | 961.52 |

THIS IS NOT A CHECK

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2819336 | 1 of 1 |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

**Earnings Statement** 

Period Starting: 03/24/2025
Period Ending: 04/06/2025
Pay Date: 04/10/2025

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Higher W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 57.92 | 1158.40 | 7010.80 |
| Gross Pay | | | $1,158.40 | $7,010.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.60 | 294.11 |
| Social Security | -71.82 | 434.67 |
| Medicare | -16.80 | 101.66 |
| Pennsylvania State Income | -35.56 | 215.22 |
| Pennsylvania State UI | -0.81 | 4.91 |
| Falls T Local Income | -11.58 | 70.10 |
| Falls Twp Local Services | -2.00 | 14.00 |
| Net Pay | $959.23 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 57.92 | 350.54 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX | XXXXXXXXX | 959.23 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,158.40

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date: 04/10/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXX | XXXXXXXXX | 959.23 |

**THIS IS NOT A CHECK**

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2806028 | 1 of 1 |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

**Earnings Statement**



Period Starting:  03/10/2025
Period Ending:   03/23/2025
Pay Date:        03/27/2025

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Higher W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 59.30 | 1186.00 | 5852.40 |
| Gross Pay | | | $1,186.00 | $5,852.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -63.92 | 233.51 |
| Social Security | -73.53 | 362.85 |
| Medicare | -17.20 | 84.86 |
| Pennsylvania State Income | -36.41 | 179.66 |
| Pennsylvania State UI | -0.83 | 4.10 |
| Falls T Local Income | -11.86 | 58.52 |
| Falls Twp Local Services | -2.00 | 12.00 |
| Net Pay | | $980.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 59.30 | 292.62 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX| XXXXXXXXX | 980.25 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,186.00

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date:  03/27/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXX | XXXXXXXXX | 980.25 |

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2794223 | 1 of 1 | |  |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Period Starting: 02/24/2025
Period Ending: 03/09/2025
Pay Date: 03/13/2025

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Higher W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 56.73 | 1134.60 | 4666.40 |
| Gross Pay | | | $1,134.60 | $4,666.40 |

| Other Benefits and Information | | this period | year to date |
|---|---|---|---|
| Total Hours Worked | | 56.73 | 233.32 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.75 | 169.59 |
| Social Security | -70.35 | 289.32 |
| Medicare | -16.45 | 67.66 |
| Pennsylvania State Income | -34.83 | 143.25 |
| Pennsylvania State UI | -0.80 | 3.27 |
| Falls T Local Income | -11.35 | 46.66 |
| Falls Twp Local Services | -2.00 | 10.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXX | XXXXXXXXX | 941.07 |

Important Notes
Basis of pay: Hourly

Net Pay  $941.07

Your federal taxable wages this period are  $1,134.60

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date:  03/13/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXX | XXXXXXXXX | 941.07 |

THIS IS NOT A CHECK

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940