| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2845886 | 1 of 1 |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

**Earnings Statement** 

Period Starting: 04/21/2025
Period Ending: 05/04/2025
Pay Date: 05/08/2025

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal:  Higher W/H Table
 State:    0
 Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 61.13 | 1222.60 | 9394.80 |
| Gross Pay | | | $1,222.60 | $9,394.80 |

| Other Benefits and Information | | this period | year to date |
|---|---|---|---|
| Total Hours Worked | | 61.13 | 469.74 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -68.31 | 423.38 |
| Social Security | -75.80 | 582.48 |
| Medicare | -17.72 | 136.22 |
| Pennsylvania State Income | -37.53 | 288.40 |
| Pennsylvania State UI | -0.86 | 6.58 |
| Falls T Local Income | -12.23 | 93.94 |
| Falls Twp Local Services | -2.00 | 18.00 |

Net Pay  $1,008.15

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3626 | XXXXXXXXX | 1008.15 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,222.60

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date: 05/08/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3626 | XXXXXXXXX | 1008.15 |

**THIS IS NOT A CHECK**

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2859306 | 1 of 1 |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

**Earnings Statement** ADP

Period Starting: 05/05/2025
Period Ending: 05/18/2025
Pay Date: 05/22/2025

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal: Higher W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 57.37 | 1147.40 | 10542.20 |
| Gross Pay | | | $1,147.40 | $10,542.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -59.28 | 482.66 |
| Social Security | -71.14 | 653.62 |
| Medicare | -16.64 | 152.86 |
| Pennsylvania State Income | -35.23 | 323.63 |
| Pennsylvania State UI | -0.80 | 7.38 |
| Falls T Local Income | -11.47 | 105.41 |
| Falls Twp Local Services | -2.00 | 20.00 |

Net Pay $950.84

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 57.37 | 527.11 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3626 | XXXXXXXXX | 950.84 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,147.40

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date: 05/22/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3626 | XXXXXXXXX | 950.84 |

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2872654 | 1 of 1 | | |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Period Starting: 05/19/2025
Period Ending: 06/01/2025
Pay Date: 06/05/2025

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Higher W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 68.62 | 1372.40 | 11914.60 |
| Overtime | 30.0000 | 6.22 | 186.60 | 186.60 |
| **Gross Pay** | | | **$1,559.00** | **$12,101.20** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -108.68 | 591.34 |
| Social Security | -96.65 | 750.27 |
| Medicare | -22.61 | 175.47 |
| Pennsylvania State Income | -47.86 | 371.49 |
| Pennsylvania State UI | -1.09 | 8.47 |
| Falls T Local Income | -15.59 | 121.00 |
| Falls Twp Local Services | -2.00 | 22.00 |

**Net Pay**    **$1,264.52**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 74.84 | 601.95 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX3626 | XXXXXXXXX | 1264.52 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,559.00

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date: 06/05/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXXX3626 | XXXXXXXXX | 1264.52 |

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / 2TQ 22073565 | 01/ | 2886241 | 1 of 1 |

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

**Earnings Statement** ADP

Period Starting: 06/02/2025
Period Ending: 06/15/2025
Pay Date: 06/18/2025

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal: Higher WH Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 69.38 | 1456.98 | 13371.58 |
| Overtime | | | 0.00 | 186.60 |
| Gross Pay | | | $1,456.98 | $13,558.18 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -96.43 | 687.77 |
| Social Security | -90.34 | 840.61 |
| Medicare | -21.12 | 196.59 |
| Pennsylvania State Income | -44.73 | 416.22 |
| Pennsylvania State UI | -1.02 | 9.49 |
| Falls T Local Income | -14.57 | 135.57 |
| Falls Twp Local Services | -2.00 | 24.00 |

Net Pay    $1,186.77

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 69.38 | 671.33 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3626 | XXXXXXXXX | 1186.77 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,456.98

Tbolt USA LLC
225 Lincoln Hwy Bldg A Ste J14
Fairless Hills, PA 19030

Pay Date: 06/18/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3626 | XXXXXXXXX | 1186.77 |

Michael S Besio
654 Valley Stream Circle
Langhorne, PA 19053-1940