**Dlivrd Income**



# Welcome, Michael

## Personal info

**Name**
Michael Besio

**Date of birth**
Apr 13, 1977

**SSN**
***-**-2518

## Contact information

**Phone number**
267-977-9812

**Email**
mikebesio@gmail.com

**Address**
654 Valley Stream Circle Feasterville, PA 19053

## Employment information

**Hire date**
Jan 2, 2024

**Scheduled work location**
No location set

## Payment method

Your pay will be direct deposited into USAA Joint

Edit payment method

## Earnings

CURRENT PAYSTUB

**$41.50**

Jun 30, 2025

LAST PAYSTUB

**$165.49**

May 31, 2025

View all earnings

## Earnings

| Date | Net Earnings |
|---|---|
| Jun 30, 2025 | $41.50 |
| May 31, 2025 | $165.49 |
| Apr 30, 2025 | $33.03 |
| Mar 31, 2025 | $72.68 |
| Feb 28, 2025 | $52.79 |
| Jan 31, 2025 | $107.14 |
| Dec 31, 2024 | $52.31 |
| Dec 15, 2024 | $35.35 |
| Nov 30, 2024 | $72.23 |
| Nov 15, 2024 | $55.85 |