SIGN OUT

## MY PROFILE



### Michael B.

   

Hey, I'm Michael. I'm new to Roadie and haven't written my bio yet.

★★★★★ (1446)

## GET MORE GIGS



### RoadieXD™

Learn about RoadieXD™ and how to pick up and deliver from the cross-dock.

GET CERTIFIED

## MY ACHIEVEMENTS

| CERTIFICATIONS | BADGES |
|---|---|



### Pharmacy Gig
Requires proper handling of medications

## SUMMARY

**All-Time ▼ Earnings Summary**

**$14.19k**
Total Earnings

**1,591 Deliveries**
Completed

Tax Information                                                                 VIEW

## BALANCE

**Current Balance**
Automatic payment every Wednesday                                              **$0.00**

## SUBMITTED

> **July 9, 2025**
> Automatic payment
> Paid to account ending in 838                                                **$70.87**

> **June 18, 2025**
> Automatic payment
> Paid to account ending in 838                                                **$11.01**

> **June 4, 2025**
> Automatic payment
> Paid to account ending in 838                                                **$34.06**

> **May 28, 2025**
> Automatic payment
> Paid to account ending in 838                                                **$46.15**

**May 21, 2025**
Automatic payment
Paid to account ending in 838 — $37.54

**February 26, 2025**
Automatic payment
Paid to account ending in 622 — $28.22

**February 12, 2025**
Automatic payment
Paid to account ending in 622 — $8.30

**January 26, 2025**
Instant payment ($1.99 fee)
Paid to account ending in 052 — $37.04

**January 14, 2025**
Instant payment ($1.99 fee)
Paid to account ending in 052 — $23.35

**January 1, 2025**
Automatic payment
Paid to account ending in 622 — $39.66

**December 25, 2024**
Automatic payment
Paid to account ending in 622 — $18.69

**December 6, 2024**
Instant payment ($1.99 fee)
Paid to account ending in 052 — $94.80

**December 4, 2024**
Automatic payment
Paid to account ending in 622 — $22.53

**October 23, 2024**
Automatic payment
Paid to account ending in 622
$36.91

**October 9, 2024**
Automatic payment
Paid to account ending in 622
$44.52

**October 2, 2024**
Automatic payment
Paid to account ending in 622
$24.60

**September 25, 2024**
Automatic payment
Paid to account ending in 622
$86.65

**September 11, 2024**
Automatic payment
Paid to account ending in 622
$31.69

**September 6, 2024**
Instant payment ($1.99 fee)
Paid to account ending in 052
$57.54

**August 29, 2024**
Instant payment ($1.99 fee)
Paid to account ending in 052
$57.82

SHOW MORE

Help // Privacy // Terms
©2025 Roadie, Inc. All rights reserved