

Page 1

# July 2025 Statement

Jul 1-31 2025 • Statement #1E756643

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

**Payouts (0)**

| | |
|---|---|
| Payout Subtotal | $0.00 |
| Fees | $0.00 |
| Total Payouts | $0.00 |

**Net Total** — **$0.00**



Page 1

# June 2025 Statement

Jun 1-30 2025 • Statement #62256D2D

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

**Payouts (2)**

| | |
|---|---|
| Payout Subtotal | $26.75 |
| Fees | $0.00 |
| Total Payouts | $26.75 |
| **Net Total** | **$26.75** |



Page 1

# May 2025 Statement

May 1-31 2025 • Statement #FC906BF8

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

**Payouts (1)**

| | |
|---|---|
| Payout Subtotal | $51.50 |
| Fees | $0.00 |
| Total Payouts | $51.50 |

**Net Total**     **$51.50**

# April 2025 Statement

Apr 1-30 2025 • Statement #F4884B40

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

**Payouts (0)**

| | |
|---|---|
| Payout Subtotal | $0.00 |
| Fees | $0.00 |
| Total Payouts | $0.00 |

**Net Total**  $0.00

# DOORDASH

# March 2025 Statement

Mar 1-31 2025 • Statement #AA7BC2A8

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

### Payouts (2)

| | |
|---|---:|
| Payout Subtotal | $43.50 |
| Fees | $0.00 |
| Total Payouts | $43.50 |
| **Net Total** | **$43.50** |



Page 1

# February 2025 Statement

Feb 1-28 2025 • Statement #BF298C87

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

**Payouts (2)**

| | |
|---|---|
| Payout Subtotal | $50.50 |
| Fees | $0.00 |
| Total Payouts | $50.50 |
| **Net Total** | **$50.50** |

**DOORDASH**

Page 1

# January 2025 Statement

Jan 1-31 2025 • Statement #C50BAE6B

| | | |
|---|---|---|
| **Independent Contractor Name** | **Payouts (3)** | |
| Mike Besio | Payout Subtotal | $121.10 |
| | Fees | $0.00 |
| **Dasher ID** | Total Payouts | $121.10 |
| 12241076 | | |
| | **Net Total** | **$121.10** |



Page 1

# December 2024 Statement

Dec 1-31 2024 • Statement #66BA7E02

**Independent Contractor Name**

Mike Besio

**Dasher ID**

12241076

**Payouts (4)**

| | |
|---|---|
| Payout Subtotal | $91.50 |
| Fees | $0.00 |
| Total Payouts | $91.50 |
| **Net Total** | **$91.50** |

# November 2024 Statement

Nov 1-30 2024 • Statement #EF8D33F1

| | | |
|---|---|---|
| **Independent Contractor Name** | **Payouts (0)** | |
| Mike Besio | Payout Subtotal | $0.00 |
| | Fees | $0.00 |
| **Dasher ID** | Total Payouts | $0.00 |
| 12241076 | | |
| | **Net Total** | **$0.00** |