UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                    :    CHAPTER 13

Michael S. Besio

:

: BANKRUPTCY NO.  25-11783 djb

Debtor (s)

PRAECIPE TO WITHDRAW DOCUMENT (S)

TO THE CLERK

Kindly withdraw docket Entry No(s) 16

341 Meeting of Creditors will be held on 8/8/2025 at 11:30 am.

Date: August 6,2025                         Respectfully submitted

/s/ Kenneth E. West, Esquire

Kenneth E. West, Esquire

Chapter 13 Standing Trustee

190 N. Independence Mall West Suite 701

Philadelphia, PA 19106