United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11783-djb
Michael S. Besio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 30, 2025 | Form ID: 155 | Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Besio, 654 Valley Stream Circle, Langhorne, PA 19053-1940 |
| 15005355 | + | Brennan & Clark, 2301 W. 22nd Street, Suite 301, Oak Brook, IL 60523-1220 |
| 15005356 | + | Bucks County Tax Claim Bureau, Court House, 55 E. Court Street, Doylestown, PA 18901-4331 |
| 15011094 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin, P.O. Box 215, Perkasie, PA 18944-0215 |
| 15005357 | | Bucks County Water & Sewer Authority, PO Box 8457, Philadelphia, PA 19101 |
| 15005367 | + | Lower Southampton Township, 1500 Desire Avenue, Feasterville Trevose, PA 19053-4496 |
| 15005376 | | US Bank, PO Box 212948, Eagan, MN 55121 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15005353 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 31 2025 00:26:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 15005354 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 31 2025 00:26:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 15005358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:49:23 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15005359 | + | Email/Text: bankruptcy@philapark.org | Oct 31 2025 00:26:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15005360 | + | Email/Text: bankruptcy@erieinsurance.com | Oct 31 2025 00:26:00 | Erie Insurance, Collection Dept., 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15019741 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2025 00:36:57 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15005362 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2025 00:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15005364 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2025 00:38:20 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 15005363 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2025 00:22:29 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15005366 | + | Email/Text: EBNBKNOT@ford.com | Oct 31 2025 00:26:00 | Lincoln Automotive Finance, Pob 542000, Omaha, NE 68154-8000 |
| 15005365 | + | Email/Text: EBNBKNOT@ford.com | Oct 31 2025 00:26:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 15005369 | | Email/Text: ml-ebn@missionlane.com | Oct 31 2025 00:25:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15005370 | | Email/Text: ml-ebn@missionlane.com | Oct 31 2025 00:25:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15005372 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 31 2025 00:26:00 | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 15010397 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 31 2025 00:26:00 | Nationstar Mortgage LLC, c/o Eric Smith, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15005373 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2025 00:26:00 | PECO, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 15027924 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15028609 | + | Email/Text: bankruptcy@philapark.org | Oct 31 2025 00:26:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 15005374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2025 00:37:20 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15005375 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2025 00:37:00 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15016412 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Oct 31 2025 00:26:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 15029266 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2025 00:26:00 | USAA FEDERAL SAVINGS BANK, c/o Nationstar Mortgage LLC Attn: Bankru, PO Box 619096, Dallas, TX 75261-9096 |
| 15014916 | ^ | MEBN | Oct 31 2025 00:19:17 | USAA FEDERAL SAVINGS BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15005361 | | Fundbox Inc |
| 15005368 | | Marie Besio |
| 15005371 | | Mraie Besio |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2025 | Form ID: 155 | Total Noticed: 30 |

**below:**

| Name | Email Address |
|---|---|
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| PAUL H. YOUNG | on behalf of Debtor Michael S. Besio support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Michael S. Besio ) Case No. 25−11783−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 30, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court